**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 25-cv-25315-JB/Torres**

SHLOMO I. OVADIAH,

        Plaintiff,

v.

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,
and GARY GENSLER,

        Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court on the Honorable United States Magistrate Judge Detra Shaw-Wilder's Report and Recommendation ("Report"), ECF No. [11]. In the Report, Judge Shaw-Wilder recommends that the Court dismiss the Complaint without prejudice for its failure to comply with the Court's Order to pay the filing fee. *Id.* at 2.

On November 14, 2025, *pro se* Plaintiff Shlomo I. Ovidiah ("Plaintiff") filed a Complaint, ECF No. [1], as well as a Motion for Leave to Pay Filing Fee in Installments or in the Alternative, to Defer Payment, ECF No. [3]. On November 26, 2025, Judge Shaw-Wilder denied Plaintiff's motion without prejudice. *See* ECF No. [7]. The Order stated that failure to file an amended complaint could result in a dismissal of the Complaint without further notice. *See id.* To date, no amended complaint has been filed.

On March 24, 2026, Judge Shaw-Wilder entered an order directing the clerk to

reassign the case to a district judge.  ECF No. [9].  The same day, Judge Shaw-Wilder issued the Report recommending that this action be dismissed without prejudice.  No objections to the Report have been filed, and the time to do so has passed.

After careful consideration of the Report, the Complaint, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1.  The Report, ECF No. [11], is **AFFIRMED** and **ADOPTED**.

2.  Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

3.  The **CLERK** is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 17th day of April, 2026.

_____

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**